IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ERIC DEWAYNE WRIGHT, SR.                                    PLAINTIFF
ADC #177539

v.                              No. 4:25-cv-140-DPM

DEXTER PAYNE, Director, Arkansas                          DEFENDANTS
Department of Corrections; DEANGELO
EARL, Superintendent, Randall L. Williams
Unit; JUSTINE M. MINOR, Disciplinary
Hearing Officer, Arkansas Department of
Corrections; and G.B. DAVIS, Principal,
PBU Complex

## ORDER

The Court adopts Magistrate Judge Harris's unopposed recommendation, *Doc. 9*. Fed. R. Civ. P. 72(b)(3) (1983 addition to advisory committee notes). Wright's complaint will be dismissed without prejudice. Strike recommended. 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____
5 May 2025