IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ERIC DEWAYNE WRIGHT, SR.
ADC #177539                                                              PLAINTIFF

v.                          No. 4:25-cv-140-DPM

DEXTER PAYNE, Director, Arkansas                                         DEFENDANTS
Department of Corrections; DEANGELO
EARL, Superintendent, Randall L. Williams
Unit; JUSTINE M. MINOR, Disciplinary
Hearing Officer, Arkansas Department of
Corrections; and G.B. DAVIS, Principal,
PBU Complex

## JUDGMENT

Wright's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

5 May 2025